UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

CEDRIC ROYAL

:

Plaintiff(s)

**JUDGMENT**

(vs)

Civil #10-05205 (RBK)

BAYSIDE STATE PRISON, ET AL.

:

Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on December 14, 2010, and no timely objection having been filed,

IT IS, on this 25$^T$ day of May, 2011

ORDERED that the report of Hon. John Bissell dated December 14, 2010 is hereby affirmed and Judgment of No Cause for Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Cedric Royal.**

HON. ROBERT B. KUGLER, U.S.D.J.